UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 21-CV-61619-RAR
21-CV-61416-RAR

**JOCELYNE CASIMIR**,

    Plaintiff,

v.

**UNITED COLLECTION BUREAU, INC.** and
**CAPITAL MANAGEMENT SERVICES, LP**,

    Defendants.
_____/

**NIECY CHOICE**,

    Plaintiff,

v.

**UNITED COLLECTION BUREAU, INC.**,

    Defendant.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Having carefully reviewed the record, and being otherwise fully advised, it appears that consolidation of the above-styled cases is appropriate to avoid unnecessary duplication of judicial labor and effort. Additionally, during the telephonic status conference held on August 30th in both matters [ECF Nos. 18; 23], the parties confirmed that they consent to the consolidation of the above-mentioned cases. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **Case No. 21-CV-61619** and **Case No. 21-CV-61416** are hereby **CONSOLIDATED**.

2. The Clerk of the Court is instructed to **CLOSE Case No. 21-CV-61416** for administrative purposes only.

3. All future filings shall be made under **Case No. 21-CV-61619** only.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of August, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**